AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Robert Beauchamp
*Petitioner*

v.

Case No. 5:21-cv-372-RBD-PRL
*(Supplied by Clerk of Court)*

Warden Kathy Lane
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Robert Beauchamp
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: F.C.C. Coleman - Low
   (b) Address: P.O. Box 1031 Coleman, Florida 33521
   (c) Your identification number: 67316-004
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Southern District Court of Florida Miami Division
   (b) Docket number of criminal case: 01-CR-00494-FAM-1 and 01-CR-00730-FAM-1
   (c) Date of sentencing: March 20, 2018
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): I am challenging my custody under Warden Lane.

6. Provide more information about the decision or action you are challenging.
   (a) Name and location of the agency or court: Southern District Court of Florida Miami Division
   (b) Docket number, case number, or opinion number: 01-CR-00494-FAM-1, 01-CR-00730-FAM-1
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I am challenging my commitment to the custody of Warden Lane.
   (d) Date of the decision or action: March 20, 2018

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Eleventh Circuit Court of Appeals
       (2) Date of filing:
       (3) Docket number, case number, or opinion number: 18-11480
       (4) Result: Affirmed
       (5) Date of result: October 11, 2018
       (6) Issues raised: Anders brief

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

Page 3 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes  ☒ No
If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes  ☐ No

Page 4 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Allegations challenging my custody cannot be brought under §2255 and therefore, fall in the domain of §2241.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____

Page 6 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** *See Attachment*

(a) Supporting facts (Be brief. Do not cite cases or law.): *See Attachment*

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:**

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:**

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Page 7 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Ground One has not been presented in any court because this claim and the facts supporting it was just discovered by me during recent research of the laws and facts involved in my case.

**Request for Relief**

15. State exactly what you want the court to do: *See Attachment*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 7/17/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/17/21

Signature of Petitioner

Signature of Attorney or other authorized person, if any

Page 9 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

67316004

\* ATTACHMENT \*

United States District Court
Middle District of Florida
Ocala Division

FILED
2021 JUL 21  AM 11: 44
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Robert Beauchamp

    Petitioner,

v.

Warden, Kathy Lane
F.C.I. Coleman LOW

    Respondent,

Case No. 01-CR-00494-FAM-1
01-CR-00730-FAM-1

5:21-cv-377-RBD-PRL

_____/

### Petition For Writ Of Habeas Corpus

**TO THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of FLORIDA**

The petition of Robert Beauchamp shows:

1. Petitioner makes this application for a writ of habeas corpus on the grounds that he is unlawfully detained and restrained of his liberty by Warden, Kathy Lane.

2. Petitioner is now in the custody of the respondent at F.C.I. Coleman - LOW in Coleman, FLorida.

3. The cause or pretext of petitioner's detention and restraint is that the petitioner committed a criminal violation under the jurisdiction of the United States of America.

4. The detention and restraint is unlawful because contrary to these allegations, the respondent, United States lacked personal jurisdiction over the petitioner. The petitioner was not provided competent counsel during the pre-trial proceedings. Counsel appointed for the petitioner made no attempt to investigate into whether the petitioner had "minimal contact" with the United States, prior to advising and assisting the petitioner into pleading guilty.

5.  Petitioner has no other remedy for release from his unlawful detension other than this petition for a writ of habeas corpus.

### PRAYER

For the reasons just stated, petitioner Robert Beauchamp prays that:

**(A)** This Honorable Court issue a writ of habeas corpus commanding Warden Lane to produce the body of the petitioner before this Court at a time and place to be specified in that writ;

**(B)** This Honorable Court conduct a hearing and inquiry into the cause of the petitioner's detention; and

**(C)** Following the hearing, petitioner be ordered discharged from detention and restraint described in this application.

Executed this __17__ day of __7__, 2021.

By: _____
Robert Beauchamp, Petitioner
Proceeding, Pro se

__RoBERT BeAuchAmP__
(Printed name)

From: Robert Beauchamp
67316-004
Federial Correctional Institution
Coleman Low
P.O. Box 1031
Coleman Fl. 33521

SCREENED By USMS

Clerk of
207 Northwest 1st, Suite 337
Ocala, Florida 34475-6603